

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00444-CR

Ronald Whit **DUBOSE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-1246-CR
Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

On October 17, 2011, the trial court adjudicated Ronald Whit DuBose's guilt for the offense of burglary of a habitation and sentenced him to six-years' confinement in the Institutional Division of the Texas Department of Criminal Justice. On March 13, 2015, DuBose filed a motion for judgment nunc pro tunc. On June 1, 2015, the trial court denied the motion, and DuBose filed a notice of appeal.

"Neither the United States nor Texas constitution guarantees the right to appeal state criminal convictions." *Griffin v. State*, 145 S.W.3d 645, 646 (Tex. Crim. App. 2004); *accord Phynes v. State*, 828 S.W.2d 1, 2 (Tex. Crim. App. 1992). A defendant may appeal a state criminal conviction only as authorized by statute. *Griffin*, 145 S.W.3d at 646; *Phynes*, 828 S.W.2d at 2. "No statute vests this [c]ourt with jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc." *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. ref'd) (mem. op.); *accord Mederos v. State*, No. 04-08-00621-CR, 2008 WL 4809211, at *1 (Tex. App.—San Antonio Nov. 5, 2008, no pet.) (mem. op., not designated for publication).

Therefore, we ORDER Appellant to SHOW CAUSE in writing within TWENTY DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court